USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSORCIO GRAN EVENTO PERU,

                Plaintiff,

-against-

UNITED NATIONS OFFICE FOR PROJECT SERVICES,

                Defendant.

1:25-cv-08857-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

      Petitioner Consorcio Gran Evento Peru ("CGEP"), appearing *pro se*, initiated this action on October 24, 2025, by and through its "legal representative," Doris Diana Melgar. [ECF No. 1]. CGEP is a Peruvian business "consortium." [ECF No. 1].

      The statute governing appearances in federal court, 28 U.S.C. § 1654, permits "two types of representation: 'that by an attorney admitted to the practice of law by a governmental regulatory body, and that by a person representing himself.'" *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (quoting *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)). Therefore, a nonlawyer cannot bring suit on behalf of another person or legal entity. *Id.* at 139-140; *see also United States ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008); *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998). Further, courts generally do not permit corporations, partnerships, associations, and other "artificial entities" to appear in court without an attorney. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993).

      Here, CGEP's "legal representative," Ms. Melgar, does not assert she is a licensed attorney. Thus, she cannot assert claims on CGEP's behalf. Accordingly, Petitioner is on notice that its

claims will be dismissed without prejudice unless it retains counsel **on or before December 1, 2025**.

*The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.*

**SO ORDERED.**

**Date: November 11, 2025**
      **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**